# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
**VENUE: SAN FRANCISCO**

FILED
07 JUL 17 PM 4:10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

**UNITED STATES OF AMERICA,**

V.

**FERNANDO RENDON-GUTIERREZ**

CR 07 0455 VRW

DEFENDANT.

## INDICTMENT

A true bill.

_____ Foreman

Filed in open court this 17th day of July, 2007

_____ Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED**<br>Count 1: 8 USC section 1326, Illegal Re-Entry After Deportation<br>☐ Petty ☐ Minor ☐ Misdemeanor ☑ Felony<br>PENALTY:<br>Count 1: 20 years imprisonment; $250,000.00 fine; 3 years supervised release; $100.00 special assessment; deportation || FILED<br>07 JUL 17 PM 4:10<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>DEFENDANT - U.S.<br>► FERNANDO RENDON-GUTIERREZ<br>DISTRICT COURT NUMBER<br>CR 07 0455 VRW<br>E-Filing |
| **PROCEEDING**<br>Name of Complaintant Agency, or Person (&Title, if any)<br>DHS/ICE Deportation Officer Moser<br>☐ person is awaiting trial in another Federal or State Court, give name of court<br>☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District<br>☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense<br>☑ this prosecution relates to a pending case involving this same defendant<br>☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ► | SHOW DOCKET NO.<br>3-07-70405 JL<br>MAGISTRATE CASE NO. | **DEFENDANT**<br>IS *NOT* IN CUSTODY<br>1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges<br>2) ☐ Is a Fugitive<br>3) ☐ Is on Bail or Release from (show District)<br>IS IN CUSTODY<br>4) ☑ On this charge<br>5) ☐ On another conviction<br>6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State<br>If answer to (6) is "Yes", show name of institution<br>Has detainer been filed? ☑ Yes ☐ No } If "Yes" give date filed<br>DATE OF ARREST ► Month/Day/Year<br>Or... if Arresting Agency & Warrant were not<br>DATE TRANSFERRED TO U.S. CUSTODY ► Month/Day/Year 7/13/2007 |
| Name and Office of Person Furnishing Information on THIS FORM<br>**SCOTT N. SCHOOLS**<br>☑ U.S. Att'y ☐ Other U.S. Agency<br>Name of Asst. U.S. Att'y (if assigned) Allison Marston Danner || ☐ This report amends AO 257 previously submitted |
| **ADDITIONAL INFORMATION OR COMMENTS** |||
| PROCESS:<br>☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT  Bail Amount:<br>If Summons, complete following:<br>☐ Arraignment ☐ Initial Appearance<br>Defendant Address:<br>*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment<br>Date/Time:<br>Before Judge:<br>Comments: |||

FILED
07 JUL 17 PM 4:16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | SCOTT N. SCHOOLS (SCBN 9990)
2 | United States Attorney

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | No. CR 07 0455 VRW |
| Plaintiff, | ) ) | VIOLATION: Title 8, United States Code, Section 1326 – Illegal Reentry by an Alien After Deportation |
| v. | ) ) ) | |
| FERNANDO RENDON-GUTIERREZ, | ) ) | SAN FRANCISCO VENUE |
| Defendant. | ) ) ) | |

INDICTMENT

The Grand Jury charges:

On or about March 15, 2007, the defendant,

FERNANDO RENDON GUTIERREZ,

an alien, having been previously excluded, deported, and removed from the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a reapplication by the

//
//

INDICTMENT

1  defendant for admission into the United States, in violation of Title 8, United States Code,
2  Section 1326.
3
4
5  DATED: July 17, 2007                                A TRUE BILL.
6
7                                                     FOREPERSON
8
9  SCOTT N. SCHOOLS
   United States Attorney
10
11 GREGG W. LOWDER
   Deputy Chief, Major Crimes Section
12
13
   (Approved as to form: _____)
14                      AUSA DANNER

INDICTMENT                              2