SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

ALLISON MARSTON DANNER (CASBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7144
    Fax:  (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0455 VRW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| FERNANDO RENDON-GUTIERREZ, | |
| Defendant. | |

    With the agreement of the parties in open court, and with the consent of defendant Fernando Rendon-Gutierrez, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from July 20, 2007 through July 30, 2007, the date of the defendant's arraignment on the indictment.  The parties agree, and the Court finds and holds, as follows:

    1. Defendant was first arraigned on a complaint alleging a one-count violation of 8 U.S.C. § 1326 on July 13, 2007 before Chief Magistrate Judge Larson.  On July 17, 2007, the grand jury returned an indictment alleging a one-count violation of 8 U.S.C. § 1326. The defendant is scheduled to be arraigned on this indictment on July 30, 2007.

1      2. On July 20, 2007, defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant requested this time exclusion in order to allow his counsel time to review discovery that has recently been provided by the government and discovery that has not yet been provided by the government.

3.      Given these circumstances, the Court found that the ends of justice served by excluding the period from July 20, 2007 through July 30, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

4.      Accordingly, and with the consent of the defendant at the hearing on July 20, 2007, the Court ordered that the period from July 20, 2007 through July 30, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 20, 2007                    _____/s/_____
                                        STEVEN G. KALAR
                                        Attorney for Defendant

DATED: July 20, 2007                    _____/s/_____
                                        ALLISON MARSTON DANNER
                                        Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____                   _____
                                        JAMES LARSON
                                        United States Magistrate Judge