☐ DOCUMENTS UNDER SEAL

**E-Filing**

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Wings Hom | REPORTER/TAPE NO.<br>FTR 9:49-9:51 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>NANDOR J. VADAS | DATE<br>July 20, 2007 | ☐ NEW CASE | CASE NUMBER<br>CR07-0455 VRW |

FILED
2007 JUL 20  PM 12:45
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

### APPEARANCES

| DEFENDANT<br>Fernando Rendon- Gutierrez | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Steve Kalar | ☐ PD.<br>☐ APPT.<br>☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Allison Danner | INTERPRETER | | | FIN. AFFIDAVIT SUBMITTED ☐<br>DEFENDANT ELIGIBLE FOR<br>APPOINTED COUNSEL ☐<br>COUNSEL APPOINTED ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Michelle Nero | | | PARTIAL PAYMENT OF CJA<br>FEES ORDERED ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEARANCE | ☐ | PRELIMINARY HEARING | ☐ | MOTION | ☐ | JUDGMENT & SENTENCING | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☐ | OR ARRAIGNMENT | ☐ | BOND POSTING/ SIGNING | ☐ | IA ON PETITION TO REVOKE PROB. | ☐ | TRIAL |
| ☒ | DETENTION HEARING | ☐ | REMOVAL HEARING | ☐ | CHANGE OF PLEA | ☐ | PROB. REVOC. OR SUPV. REL. HRG. | ☐ | OTHER |

### INITIAL APPEARANCE

| ☐ | ADVISED OF RIGHTS | ☐ | ADVISED OF CHARGES | ☐ | NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: |
|---|---|---|---|---|---|---|---|

### ARRAIGNMENT

| ☐ | ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE STATED | ☐ | WAIVER OF INDICTMENT FILED |
|---|---|---|---|---|---|---|---|

### RELEASE

| ☐ | RELEASED ON O/R | ☐ | ISSUED APPEARANCE BOND | AMOUNT OF SECURITY | AMOUNT RECEIVED<br>$ | ☐ | PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|---|---|---|

PROPERTY POSTED/TO BE POSTED  REAL PROPERTY:
☐ CASH  ☐ CORPORATE SECURITY  ☐

| ☐ | MOTION FOR DETENTION | ☐ | PRETRIAL SERVICES REPORT ORDERED | ☐ | DETAINED | ☐ | RELEASED | ☒ | DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ | REMANDED TO CUSTODY |
|---|---|---|---|---|---|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF | OTHER:<br>Deft has immigration detainer |
|---|---|

### PLEA

| ☐ | CONSENT ENTERED | ☐ | NOT GUILTY | ☐ | GUILTY | ☐ | GUILTY TO COUNTS: |
|---|---|---|---|---|---|---|---|
| ☐ | PRESENTENCE REPORT ORDERED | ☐ | CHANGE OF PLEA | ☐ | PLEA AGREEMENT FILED | ☐ | OTHER: |

### CONTINUANCE

| TO: 7-30-07 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON.<br>JL | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED  Counsel to submit order | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

### ADDITIONAL PROCEEDINGS

and to set on VRW cal.

COPIES SENT TO: Gloria, Cora

DOCUMENT NUMBER: