UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R. WALKER
United States District Chief Judge

Date:  July 31, 2007

Case No.  CR 07-0455   VRW

Case Title:   USA v.   FERNANDO RENDON-GUTIERREZ (CUSTODY)PRESENT

Attorneys:
    For the Government:   Allison Danner

    For the Defendant(s):   Steven Kalar

Deputy Clerk:  **Cora Klein**       Reporter:  Kathy Wyatt
                                                                        Interpreter:

**PROCEEDINGS**

1)   Initial appearance/Status

2)

Case Continued to:   9/4/2007 @10:30 a.m.   For Status/Change of Counsel

**NOTES**

Defense counsel has received the A-file from the govt.
Defendant would like to retain private counsel.
The defendant agree to exclude time from the speedy trial act for continuity of counsel and effective preparation of counsel; govt to prepare the order for exclusion of time.


time: 10:42 -10:44

EXCLUDABLE DELAY :   continuity of counsel
Begin:  7/31/07        End: 9/4/07