SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

ALLISON MARSTON DANNER (CASBN 195046)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7144
  Fax: (415) 436-7234
  Email: allison.danner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0455 VRW |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXCLUDING TIME FROM** |
| v. ) | **SPEEDY TRIAL ACT CALCULATION** |
| ) | (18 U.S.C. § 3161(h)(8)(A)) |
| FERNANDO RENDON-GUTIERREZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   With the agreement of the parties in open court, and with the consent of defendant Fernando Rendon-Gutierrez, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from July 31, 2007 through September 4, 2007, the date of defendant's next appearance before this Court. The parties agree, and the Court finds and holds, as follows:

   1. Defendant was first arraigned on a complaint alleging a one-count violation of 8 U.S.C. § 1326 on July 13, 2007 before Chief Magistrate Judge Larson. On July 17, 2007, the grand jury returned an indictment alleging a one-count violation of 8 U.S.C. § 1326. Defendant was arraigned on this indictment on July 30, 2007.

2.  Defendant intends to hire new defense counsel before his next appearance before this Court.  In order to allow for new counsel to prepare for this appearance, on July 31, 2007 defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

3.  Given these circumstances, the Court found that the ends of justice served by excluding the period from July 31, 2007 through September 4, 2007 outweigh the best interest of the public and the defendant in a speedy trial.  <u>Id.</u> at § 3161(h)(8)(A).

4.  Accordingly, and with the consent of the defendant at the hearing on July 31, 2007, the Court ordered that the period from July 31, 2007 through September 4, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 31, 2007         /s/
STEVEN G. KALAR
Attorney for Defendant

DATED: July 31, 2007         /s/
ALLISON MARSTON DANNER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: August 3, 2007        _____
VAUGHN R. WALKER
Chief Judge, United States District Court



2