SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ALLISON DANNER (CABN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7144
    Facsimile: (415) 436-7234
    E-Mail: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FERNANDO RENDON-GUTIERREZ, <br><br> Defendant. | No. CR 07 0455 VRW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE/SUBSTITUTION OF COUNSEL DATE** |

    The parties hereby respectfully request and stipulate, with the consent of the defendant, that the status conference/substitution of counsel date be continued from from Tuesday, September 4, 2007 at 10:30 am until Thursday, September 13, 2007 at 1:30 p.m. Such a continuance would facilitate presence of defendant's new counsel. Defendant is actively seeking private counsel but will be unable to secure such counsel before the scheduled date of September 4, 2007. In addition, defendant's new counsel will need adequate time to review discovery and effectively prepare for this case.

    Accordingly, the parties respectfully request that the status conference/substitution of counsel date be continued from Tuesday, September 4, 2007 at 10:30 am until Thursday, September 13, 2007 at 1:30 p.m. In addition, the parties respectfully request that this Court grant an exclusion of time under the Speedy Trial Act. Failure to grant the

1  requested continuance would unreasonably deny defense counsel reasonable time
2  necessary for effective preparation, taking into account the exercise of due diligence, in
3  this case.   18 U.S.C. § 3161(h)(8)(A).
4
5       IT IS SO STIPULATED:
6
7  DATED: August 30, 2007             _____/s/_____
                                       STEVEN G. KALAR.
8                                      Attorney for Defendant
9
10 DATED: August 30, 2007             _____/s/_____
                                       ALLISON MARSTON DANNER
11                                     Assistant United States Attorney
12
13      For the reasons set forth above, IT IS HEREBY ORDERED that the status
14 conference/substitution of counsel date, be continued from Tuesday, September 4, 2007 at
15 10:30 am until Thursday, September 13, 2007 at 1:30 p.m.   It is FURTHER ORDERED
16 that the time from September 4, 2007 through September 13, 2007 be excluded under the
17 Speedy Trial Act, 18 U.S.C. § 3161(c)(1).
18
19 DATED:_____             _____
                                       VAUGHN R. WALKER
20                                     Chief Judge, United States District Court
21
22
23
24
25
26
27
28