1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  ALLISON DANNER (CABN 195046)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7144
7      Facsimile: (415) 436-7234
       E-Mail: allison.danner@usdoj.gov
8
   Attorneys for the United States of America
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )    No. CR 07 0455 VRW
                                    )
14      Plaintiff,                  )
                                    )    **JOINT STIPULATION AND**
15      v.                          )    **[PROPOSED] ORDER**
                                    )    **CONTINUING STATUS**
16 FERNANDO RENDON-GUTIERREZ,       )    **CONFERENCE/SUBSTITUTION OF**
                                    )    **COUNSEL DATE**
17      Defendant.                  )
                                    )
18 _____

19      The parties hereby respectfully request and stipulate, with the consent of the

20 defendant, that the status conference/substitution of counsel date be continued from  from

21 Tuesday, September 4, 2007 at 10:30 am until Thursday, September 13, 2007 at 1:30 p.m.

22  Such a continuance would facilitate presence of defendant's new counsel.  Defendant is

23 actively seeking private counsel but will be unable to secure such counsel before the

24 scheduled date of September 4, 2007.  In addition, defendant's new counsel will need

25 adequate time to review discovery and effectively prepare for this case.

26      Accordingly, the parties respectfully request that the status conference/substitution

27 of counsel date be continued from Tuesday, September 4, 2007 at 10:30 am until

28 Thursday, September 13, 2007 at 1:30 p.m.   In addition, the parties respectfully request

that this Court grant an exclusion of time under the Speedy Trial Act.  Failure to grant the

| | |
|---|---|
| 1 | requested continuance would unreasonably deny defense counsel reasonable time |
| 2 | necessary for effective preparation, taking into account the exercise of due diligence, in |
| 3 | this case.   18 U.S.C. § 3161(h)(8)(A). |
| 4 | |
| 5 |    IT IS SO STIPULATED: |
| 6 | |
| 7 | DATED: August 30, 2007           /s/ |
| 8 |                    STEVEN G. KALAR. |
|   |                    Attorney for Defendant |
| 9 | |
| 10 | DATED: August 30, 2007           /s/ |
| 11 |                    ALLISON MARSTON DANNER |
|    |                    Assistant United States Attorney |
| 12 | |
| 13 |    For the reasons set forth above, IT IS HEREBY ORDERED that the status |
| 14 | conference/substitution of counsel date, be continued from Tuesday, September 4, 2007 at |
| 15 | 10:30 am until Thursday, September 13, 2007 at 1:30 p.m.   It is FURTHER ORDERED |
| 16 | that the time from September 4, 2007 through September 13, 2007 be excluded under the |
| 17 | Speedy Trial Act, 18 U.S.C. § 3161(c)(1). |
| 18 | |
| 19 | DATED: 9/4/2007           _____ |
| 20 |                    VAUGHN R. WALKER |
|    |                    Chief Judge, United States District Court |

(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Vaughn R Walker)