UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R. WALKER
United States District Chief Judge

Date:  September 13, 2007

Case No.  CR 07-0455  VRW

Case Title:  USA v.  FERNANDO RENDON-GUTIERREZ (CUSTODY)PRESENT

Attorneys:
    For the Government:  Allison Danner

    For the Defendant(s):  Steven Kalar

Deputy Clerk:  **Cora Klein**        Reporter: Sahar McVickar
                                Interpreter:

### PROCEEDINGS

1)  Status.  Steven Kalar will remain on the case as counsel for the defendant.

2)  Defense counsel received the tapes of immigration proceedings from the govt.

Case Continued to:  10/25/2007 at 1:30 p.m.    For Further Status

### ORDERED AT THE HEARING

EXCLUDABLE DELAY :  effective preparation of counsel
Begin:  9/13/07    End: 10/25/07