1  FERNANDO RENDON-GUTIERREZ
2  ULK 056          21 A 2
3  5325 BRODER BLVD.
4  DUBLIN, CALIFORNIA  94568



**FILED**

SEP 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

8         UNITED STATES DISTRICT COURT
9         NORTHERN DISTRICT OF CALIFORNIA

                                    CR07-455VRW

11 | UNITED STATES OF AMERICA  |
12 |           PLAINTIFF        |  CASE No. A92 957 617
13 |           VS               |
14 | FERNANDO RENDON-GUTIERREZ  |  MOTION FOR SUBSTITUTION OF COUNSEL
15 |     PETITIONER/DEFENDANT   |  AND RELEASE OF SEIZED FUNDS

17  PETITIONER/DEFENDANT, FERNANDO RENDON-GUTIERREZ, COMES BEFORE THE COURT
18  ACTING IN PRO PER REQUESTING THAT THE COURT WILL ORDER SUBSTITION OF
19  COUNSEL AND AN ORDER RELEASING FUNDS ILLEGALLY SEIZED BY THE GOVERNMENT.
20  THIS MOTION IS BASED ON THE ATTACHED DECLARATION OF PETITIONER AND
21  ANY TESTIMONY OR OTHER EVIDENCE BROUGHT FORTH AT A HEARING, OR OTHER
22  MEANS OR METHODS DETERMINED BY THE COURT.

24  EXECUTED THIS 4th DAY OF SEPTEMBER 2007, AT DUBLIN, CALIFORNIA.

26  _Fernando Gutierrez_
    FERNANDO RENDON-GUTIERREZ
27  IN PRO PER

(1)

## DECLARATION OF FERNANDO RENDON-GUTIERREZ

I, FERNANDO RENDON-GUTIERREZ, DECLARE AS FOLLOWS:

1) MY TRUE NAME IS FERNANDO RENDON-GUTIERREZ.

2) I AM INCARCERATED AT THE ALAMEDA COUNTY JAIL AT DUBLIN, ALAMEDA COUNTY, CALIFORNIA, BOOKING NUMBER (PFN) IS ULK 056.

3) I AM RESTRAINED OF MY LIBERTY PURSUANT TO 8 USC 1326 BECAUSE I WAS REMOVED FROM THE UNITED STATES (WITHOUT DUE PROCESS) AND ALLEGEDLY RETURNED.

4) I WAS ARRESTED ON OCTOBER 10, 2006, IN A "RANDOM" TRAFFIC STOP BY A SONOMA COUNTY SHERIFF'S DEPUTY WHO, AFTER HE DETERMINED THAT I WAS ON STATE PAROLE, SEARCHED MY VEHICLE AND CONFISCATED $73,306. NO CONTRABAND WAS FOUND, NOR WAS I ACCUSED OR SUSPECTED OF ANY ILLEGAL ACTIVITY THAT WOULD WARRANT THE SEIZURE OF MONEY OR ANYTHING ELSE OF VALUE FROM ME OR MY VEHICLE. THE MONEY REPRESENTED MY LIFE SAVINGS.

5) I WAS BOOKED IN THE COUNTY JAIL AT SANTA ROSA.

6) A PAROLE HOLD PURSUANT TO P.C. 3056 WAS LODGED AGAINST ME, AND SIX DAYS LATER WAS MOVED TO THE STATE PRISON AT SAN QUENTIN WHERE A TERM OF NINE MONTHS WAS GIVEN FOR THE SPECIFIC CHARGES OF ABSCONDING, ILLEGAL ENTRY TO THE U.S. AND FAILURE TO REGISTER. I.N.S. LODGED A DETAINER.

7) WHILE SERVING THE NINE MONTH SENTENCE AT AVENAL STATE PRISON I RECEIVED A LETTER FROM THE DRUG ENFORCEMENT UNIT INFORMING ME THAT MY MONEY WAS IN THEIR POSSESSION, AND THAT I HAD 30 DAYS TO FILE A CLAIM. THE CLAIM WAS TIMELY FILED. THE GOVERNMENT SENT ME A LETTER CONFIRMING RECEIPT OF THE CLAIM. I HAVE HEARD NOTHING SINCE.

8) UPON RELEASE FROM PRISON I WAS SENT TO MANY LOCATIONS BOTH IN AND OUT OF THE STATE OF CALIFORNIA. I EVENTUALLY WAS BOOKED AT THIS FACILITY.

9) ON OR ABOUT JULY 13, 2007, I APPEARED IN THE FEDERAL DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. I WAS APPOINTED THE FEDERAL PUBLIC DEFENDER TO REPRESENT ME. THE SPECIFIC ATTORNEY IS STEVEN G. KALMAR, ASSISTANT

(1)

FEDERAL PUBLIC DEFENDER, 450 GOLDEN GATE AVENUE, ROOM 19-6884, SAN FRANCISCO, CALIFORNIA 94102. (415) 436-7711.

10) MR. KALAR IS NOT ADEQUATELY REPRESENTING ME. IT IS DIFFICULT IF NOT IMPOSSIBLE FOR ME TO COMMUNICATE WITH HIM. HE WILL NOT DISCUSS ANYTHING EXCEPT ME PLEADING GUILTY FOR 57 MONTHS ON THE PENDING CHARGE. I HAVE NO INTENTION OF DOING THAT BECAUSE THERE ARE CIRCUMSTANCES WHEREAS THE ORIGINAL REMOVAL WAS CONSTITUTIONALLY DEFICIENT, BUT HE WILL NOT TALK ABOUT THAT OR THE MONEY THAT WAS ILLEGALLY SEIZED. I CAN NOT COMMUNICATE WITH HIM, AND DO NOT UNDERSTAND MUCH OF WHAT HE SAYS. I HAVE TRIED TO GET HIM TO UNDERSTAND THAT THE ILLEGALLY SEIZED MONEY WILL PAY FOR A COMPETENT FEDERAL ATTORNEY TO PROPERLY DEFEND ME.

11) I AM ACTIVELY SEEKING TO RETAIN PAID COUNSEL THROUGH MY RELATIVES, BUT WHILE WAITING FOR ONE TO BE RETAINED, I WOULD REQUEST THAT THE COURT APPOINT A SPANISH SPEAKING ATTORNEY SO I CAN BETTER MAKE MYSELF UNDERSTOOD, AND WHO I CAN BETTER UNDERSTAND.

I, FERNANDO RENDON-GUTIERREZ, DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING DECLARATION IS TRUE EXCEPT TO ANY MATTERS STATED ON INFORMATION AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 4TH DAY OF SEPTEMBER 2007, AT DUBLIN, CALIFORNIA.

*[signature]*
FERNANDO RENDON-GUTIERREZ
IN PRO PER