UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R. WALKER
United States District Chief Judge

Date:   October 25, 2007

Case No.  CR 07-0455-01   VRW

Case Title:   USA v.  FERNANDO RENDON-GUTIERREZ(CUSTODY) PRESENT

Attorneys:
    For the Government:   Allison Danner

    For the Defendant(s):   Steve Kalar

Deputy Clerk:  **Cora Klein**　　　　　　　　　Reporter: Juanita Gonzalez
                                                Interpreter:

**PROCEEDINGS**

1)   Status re defendant's motion for new counsel.

2)   Status re defendant's civil forfeiture action before Mag Judge James

**SUMMARY**

The court granted the parties stipulation and order to refer the civil forfeiture action to Mag. Judge Spero for a settlement conference.   The conference may produce a settlement that would allow Mr. Rendon-Gutierrez to retain private counsel in the criminal case.
The defendant agree to exclude time from the speedy trial act for effective preparation of counsel, govt to prepare the order for exclusion of time.

Case Continued to:     12/6/2007  at 1:30 PM        For Status/Report Status of Settlement

EXCLUDABLE DELAY :   effective preparation of counsel
                        Begin:10/25/07         End:12/6/07