SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Acting Chief, Criminal Division

ALLISON MARSTON DANNER (CASBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7144
    Fax:  (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FERNANDO RENDON-GUTIERREZ,<br><br>    Defendant. | No. CR 07-0455 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION**<br>(18 U.S.C. § 3161(h)(8)(A)) |

    With the agreement of the parties in open court, and with the consent of defendant Fernando Rendon-Gutierrez, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from October 25, 2007 through December 6, 2007, the date of defendant's next appearance before this Court. The parties agree, and the Court finds and holds, as follows:

    1.    On September 7, 2007, defendant filed a motion for substitution of counsel and return of seized funds. The seized funds in question are the subject of a civil forfeiture proceeding, United States v. $73,306 in United States Currency, No. C 07-3680 MEJ.

    2.    Defendant and his current counsel appeared for a status hearing before this Court on October 25, 2007 in the criminal case pending against the defendant. Because of the

1  possibility that settlement of the forfeiture case might affect defendant's choice of counsel, this
2  Court scheduled the next status conference date in the above-captioned matter for December 6,
3  2007. To allow for effective preparation of counsel, as well as continuity of current counsel, on
4  October 25, 2007 defendant agreed to an exclusion of time under the Speedy Trial Act.
5  Defendant and his counsel agree that failure to grant the requested continuance would
6  unreasonably deny defense counsel reasonable time necessary for effective preparation, taking
7  into account the exercise of due diligence, in this case.
8  　　　　3.　　Given these circumstances, the Court found that the ends of justice served by
9  excluding the period from October 25, 2007 through December 6, 2007 outweigh the best
10 interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).
11 　　　　4.　　Accordingly, and with the consent of the defendant at the hearing on October 25,
12 2007, the Court ordered that the period from October 25, 2007 through December 6, 2007 be
13 excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

15 　　　　IT IS SO STIPULATED.

17 DATED: October 26, 2007　　　　　　　　\s\
                                         STEVEN G. KALAR
18                                        Attorney for Defendant

20 DATED: October 26, 2007　　　　　　　　\s\
                                         ALLISON MARSTON DANNER
21                                       Assistant United States Attorney

22 　　　　IT IS SO ORDERED.

24 DATED: _____       _____
                                         VAUGHN R. WALKER
25                                       Chief Judge, United States District Court