UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:   December 6, 2007

Case No.   CR 07-0455-01   VRW

Case Title:   USA v.   FERNANDO RENDON-GUTIERREZ (CUSTODY)PRESENT

Attorneys:
    For the Government:   Allison Danner

    For the Defendant(s):   Steven Kalar . Suzanne Morris for Scott Sugarman

Deputy Clerk:   Cora Klein         Reporter:  Belle Ball
                                          Interpreter:

**PROCEEDINGS**

1)   Status of the Settlement Conference

2)   Defendant's request for new counsel has been granted. His new counsel is Scott Sugarman.

Case Continued to:   2/7/2008  at 1:30 PM     For Status/Trial Setting

**ORDERED AT THE HEARING**

time:

EXCLUDABLE DELAY : effective preparation of counsel, continuity of counsel
Begin:12/6/07       End:2/7/08