SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Acting Chief, Criminal Division

ALLISON MARSTON DANNER (CASBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7144
    Fax:  (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>    Plaintiff, </br></br>    v. </br></br> FERNANDO RENDON-GUTIERREZ, </br></br>    Defendant. | No. CR 07-0455 VRW </br></br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION** </br> (18 U.S.C. § 3161(h)(8)(A)) |

    With the agreement of the parties in open court, and with the consent of defendant Fernando Rendon-Gutierrez, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from December 6, 2007 through February 7, 2008, the date of defendant's next appearance before this Court. The parties agree, and the Court finds and holds, as follows:

    1.    On September 7, 2007, defendant filed a motion for substitution of counsel and return of seized funds. The seized funds in question were the subject of a civil forfeiture proceeding, United States v. $73,306 in United States Currency, No. C 07-3680 MEJ.

    2.    Defendant and his former counsel, Steven Kalar, appeared for a status hearing before this Court on October 25, 2007 in the criminal case pending against the defendant.

1  Because of the possibility that settlement of the forfeiture case might affect defendant's choice of
2  counsel, this Court scheduled the next status conference date in the above-captioned matter for
3  December 6, 2007.  To allow for effective preparation of counsel, as well as continuity of current
4  counsel, on October 25, 2007 defendant agreed to an exclusion of time under the Speedy Trial
5  Act.
6        3.     At the status hearing on December 6, 2007, Steven Kalar stated that the forfeiture
7  proceedings had been resolved and that a portion of the seized funds had been returned to the
8  defendant.  These funds have been used by defendant to hire private counsel, Scott Sugarman.
9  Defendant and his current counsel agree that failure to grant the requested continuance would
10 unreasonably deny defense counsel reasonable time necessary for effective preparation, taking
11 into account the exercise of due diligence, in this case.
12       4.     Given these circumstances, the Court found that the ends of justice served by
13 excluding the period from December 6, 2007 through February 7, 2008 outweigh the best interest
14 of the public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).
15       5.     Accordingly, and with the consent of the defendant at the hearing on December 6,
16 2007, the Court ordered that the period from December 6, 2007 through February 7, 2008 be
17 excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
18     IT IS SO STIPULATED.

20 DATED: December 7, 2007                    _____/s/_____
                                             SCOTT SUGARMAN
21                                           Attorney for Defendant

23 DATED: December 7, 2007                    _____/s/_____
                                             ALLISON MARSTON DANNER
24                                           Assistant United States Attorney

25     IT IS SO ORDERED.

27 DATED: _____                      _____
                                             VAUGHN R. WALKER
28                                           Chief Judge, United States District Court

2