SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445

Attorneys for Defendant
    FERNANDO RENDON GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0455 VRW |
|   Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO |
| v. | ) ) | CONTINUE STATUS APPEARANCE SET FOR |
| FERNANDO RENDON GUTIERREZ, | ) ) | FEBRUARY 7, 2008 |
|   Defendant. | ) | |

  Undersigned counsel entered a general appearance on behalf of defendant in this action in December 2007. Since that time, counsel has reviewed the records and material provided by Mr. Rendon Gutierrez' prior attorney. Counsel also secured and reviewed records from defendant's prior attorneys and the clerk's office of two California Superior Courts regarding two state court convictions which appear to have a significant impact on the calculation of defendant's sentencing range under the United States Sentencing Guidelines. However, additional court transcripts which counsel must review were not available. Counsel has contacted those court reporters to obtain those transcripts but those transcripts have not get been provided to counsel. Further, counsel has consulted with an

1  immigration attorney regarding this matter and immigration counsel is in the midst of
2  researching certain issues raised by this matter.
3
4  The plaintiff, United States of America, through its counsel of record, Joseph
5  Russinello, United States Attorney, and Allison Danner, Assistant United States Attorney,
6  and defendant Fernando Rendon Gutierrez, through counsel of record, Scott A. Sugarman,
7  hereby request and stipulate that the appearance in this matter for Status now set for 1:30
8  p.m. on February 7, 2008 be continued to March 27, 2008 at 2:00 p.m. for Status.
9
10 The parties further stipulate that the time between February 7, 2008 and March 27,
11 2008 is excludable time under 18 U.S.C. § 3161(h)(8)(A) as the requested continuance is
12 necessary for effective preparation of this case and, therefore, the ends of justice served by
13
14 granting a continuance until March 27, 2008, outweigh the best interests of the public and
15 of the defendants in a speedy trial.
16
17    IT IS SO STIPULATED.
18
   DATED: February 5, 2008              _____/s/_____
19                                      Allison Marston Danner
                                        Assistant United States Attorney
20
21
   DATED: February 5, 2008              _____/s/_____
22                                      Scott A. Sugarman
                                        Attorney for Fernando Rendon Gutierrez
23
24
25 SO ORDERED.

26 DATE:  Feb. 6, 2008                   _____
                                         VAUGHN R. WALKER
27                                       UNITED STATES DISTRICT JUDGE
28

Stipulation and [proposed] Order

2