SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445

Attorneys for Defendant
    FERNANDO RENDON GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0455 VRW |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS APPEARANCE SET FOR APRIL 3, 2008 |
| v. ) | |
| FERNANDO RENDON GUTIERREZ, ) | |
|     Defendant. ) | |

    This matter was scheduled for Status before this Court on March 27, 2008 at 2:00 pm. Due to the unavailability of this Court, the Clerk advised counsel that this matter would be continued to a future date. The Clerk thereafter sent notice that this matter would be heard on April 3, 2008 at 2:00 p.m.

    Counsel for Rendon Gutierrez is unavailable that afternoon due to an appearance in criminal matter pending in the San Francisco Superior Court. Counsel for either the government or the defendant or both of them are not available on the three succeeding calendar dates, April 10th, 17th and 24th. Counsel for both parties are available on May 1, 2008 at 2:00 p.m.

Stipulation and [proposed] Order

1

1  The plaintiff, United States of America, through its counsel of record, Joseph
2  Russinello, United States Attorney, and Allison Danner, Assistant United States Attorney,
3  and defendant Fernando Rendon Gutierrez, through counsel of record, Scott A. Sugarman,
4  
5  hereby request and stipulate that the appearance in this matter for Status now set for 2:00
6  p.m. on April 3, 2008 be continued to May 1, 2008 at 2:00 p.m. for Status.
7  The parties further stipulate that the time between April 3, 2008 and May 1, 2008 is
8  
9  excludable time under 18 U.S.C. § 3161(h)(8)(A) as the requested continuance is
10 necessary for effective preparation of this case and the unavailability of counsel and,
11 therefore, the ends of justice served by granting a continuance until May 1. 2008 outweigh
12 
13 the best interests of the public and of the defendants in a speedy trial.
14   IT IS SO STIPULATED.
15 
16 DATED:                                              /s/
                                                    Allison Marston Danner
17                                                  Assistant United States Attorney
18 
19 DATED:                                              /s/
                                                    Scott A. Sugarman
20                                                  Attorney for Fernando Rendon Gutierrez
21 
22 SO ORDERED.
23 DATE:                                           _____
                                                    VAUGHN R. WALKER
24                                                  CHIEF JUDGE
25                                                  UNITED STATES DISTRICT COURT
26 
27 
28 

Stipulation and [proposed] Order

2