UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:  May 1, 2008

Case No.  CR 07-0455  VRW

Case Title:  USA v.  FERNANDO RENDON-GUTIERREZ (CUSTODY) PRESENT

Attorneys:
    For the Government:  Allison Danner

    For the Defendant(s):  Scott Sugarman

Deputy Clerk:  Cora Klein        Reporter: James Yeomans
                                          Spanish Interpreter: Melinda Basker

**PROCEEDINGS**

1)  Status held

2)  The govt will review materials from defense that was obtained from 2 counties.

Case Continued to:  5/29/2008 at 10:00 AM  For Further Status

**ORDERED AT THE HEARING**

    Time will be excluded for effective preparation of counsel from the speedy trial act calculation between the period of 5/1/2008 to 5/29/2008, govt to prepare the order for exclusion of time.

time:

EXCLUDABLE DELAY :  Effective preparation of counsel
Begin:  5/1/08       End: 5/29/08