JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CASBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7144
    Fax: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0455 VRW |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION** (18 U.S.C. § 3161(h)(8)(A)) |
| FERNANDO RENDON-GUTIERREZ, | ) | |
| Defendant. | ) | |

    With the agreement of the parties in open court, and with the consent of defendant Fernando Rendon-Gutierrez, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from May 1, 2008 through May 29, 2008, the date of defendant's next appearance before this Court. The parties agree, and the Court finds and holds, as follows:

    1.    The parties last appeared before this Court on May 1, 2008. At that time, defense counsel represented that he has recently obtained new documents related to defendant's case, and he will shortly provide them to government counsel. For this reason, the parties agreed that an exclusion under the Speedy Trial Act of the period between May 1, 2008 and May 29, 2008, the next appearance in this case, is necessary for effective preparation of the case.

CR 07-0455 VRW
STIPULATION AND [PROPOSED] ORDER

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 1, 2008 through May 29, 2008 outweigh the best interest of the public and the defendant in a speedy trial. *Id.* at § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: May 12, 2008        /s/
                           SCOTT SUGARMAN
                           Attorney for Defendant

DATED: May 12, 2008        /s/ Allison Danner
                           ALLISON MARSTON DANNER
                           Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____      _____
                           VAUGHN R. WALKER
                           Chief Judge, United States District Court

CR 07-0455 VRW
STIPULATION AND [PROPOSED] ORDER   2