1   JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CASBN 163973)
3   Chief, Criminal Division

4   ALLISON MARSTON DANNER (CASBN 195046)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7144
7       Fax: (415) 436-7234
        Email: allison.danner@usdoj.gov
8
    Attorneys for the United States
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 07-0455 VRW
                                     )
14          Plaintiff,               )   STIPULATION AND [~~PROPOSED~~]
                                     )   ORDER EXCLUDING TIME FROM
15  v.                               )   SPEEDY TRIAL ACT CALCULATION
                                     )   (18 U.S.C. § 3161(h)(8)(A))
16  FERNANDO RENDON-GUTIERREZ,       )
                                     )
17          Defendant.               )
    ─────────────────────────────────)
18

19          With the agreement of the parties in open court, and with the consent of defendant

20  Fernando Rendon-Gutierrez, the Court enters this order documenting defendant's exclusion of

21  time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from May 1, 2008 through May 29,

22  2008, the date of defendant's next appearance before this Court.  The parties agree, and the

23  Court finds and holds, as follows:

24          1.      The parties last appeared before this Court on May 1, 2008.  At that time, defense

25  counsel represented that he has recently obtained new documents related to defendant's case, and

26  he will shortly provide them to government counsel.  For this reason, the parties agreed that an

27  exclusion under the Speedy Trial Act of the period between May 1, 2008 and May 29, 2008, the

28  next appearance in this case, is necessary for effective preparation of the case.

CR 07-0455 VRW
STIPULATION AND [PROPOSED] ORDER

1     2.    Given these circumstances, the Court found that the ends of justice served by
2    excluding the period from May 1, 2008 through May 29, 2008 outweigh the best interest of the
3    public and the defendant in a speedy trial. *Id.* at § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: May  12, 2008             /s/
                                    SCOTT SUGARMAN
                                    Attorney for Defendant

DATED: May 12, 2008             /s/ Allison Danner
                                    ALLISON MARSTON DANNER
                                    Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____  5/13/2008

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Vaughn R Walker

NORTHERN DISTRICT OF CALIFORNIA

CR 07-0455 VRW
STIPULATION AND [PROPOSED] ORDER   2