UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:  May 29  2008

Case No.  CR 07-0455-01  VRW

Case Title:  USA v.  FERNANDO RENDON-GUTIERREZ(CUSTODY) PRESENT

Attorneys:
    For the Government:  Allison Danner

    For the Defendant(s):  Scott Sugarman

Deputy Clerk:  Cora Klein      Reporter:  Sahar McVickar
    Interpreter (Spanish): Melinda Basker

**PROCEEDINGS**

1)  Further Status. The govt has reviewed the discovery materials from the defendant and informed the court that they have made progress towards a resolution of the matter.

2)  The matter is scheduled for further status or set date to hear motion.

Case Continued to:  6/12/2008  at  2:00  PM   For Status

**ORDERED AT THE HEARING**

time:

EXCLUDABLE DELAY :  Effective preparation of counsel
    Begin:5/29/08    End:6/12/08