JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CASBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7144
    Fax:  (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FERNANDO RENDON-GUTIERREZ,<br><br>    Defendant. | No. CR 07-0455 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION**<br>(18 U.S.C. § 3161(h)(8)(A)) |

With the agreement of the parties in open court, and with the consent of defendant Fernando Rendon-Gutierrez, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from May 29, 2008 through June 12, 2008, the date of defendant's next appearance before this Court. The parties agree, and the Court finds and holds, as follows:

    1.    The parties last appeared before this Court on May 29, 2008. At that time, defense counsel had recently provided new documents related to the case to government counsel. Further, defense counsel was continuing his investigation. For this reason, the parties agreed

SPEEDY TRIAL ACT STIPULATION
AND [PROPOSED] ORDER
CR 07-0455 VRW

1  that an exclusion under the Speedy Trial Act of the period between May 29, 2008 and June 12,
2  2008, the next appearance in this case, is necessary for effective preparation of the case.
3         2.      Given these circumstances, the Court found that the ends of justice served by
4  excluding the period from May 29, 2008 through June 12, 2008 outweigh the best interest of the
5  public and the defendant in a speedy trial. *Id.* at § 3161(h)(8)(A).

7         IT IS SO STIPULATED.

9  DATED:   June 5, 2008                    \s\
                                             SCOTT A. SUGARMAN
10                                           Attorney for Defendant

12 DATED:   June 5, 2008                    \s\
                                             ALLISON MARSTON DANNER
13                                           Assistant United States Attorney

14         IT IS SO ORDERED.

16 DATED:  _____              _____
                                            VAUGHN R. WALKER
17                                          Chief Judge, United States District Court

28 SPEEDY TRIAL ACT STIPULATION
   AND [PROPOSED] ORDER
   CR 07-0455 VRW                          2