SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445

Attorneys for Defendant
        FERNANDO RENDON GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0455 VRW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | [PROPOSED] ORDER TO |
| v. | ) | CONTINUE JUNE 12, 2008 |
| | ) | APPEARANCE FOR STATUS |
| FERNANDO RENDON GUTIERREZ, | ) | |
| | ) | |
| Defendant. | ) | |

        This matter is scheduled for Status June 12, 2008 at 2:00 pm.  The parties have

reached a plea agreement in principle.  However, because Mr. Rendon Gutierrez is in

custody and requires the assistance of an interpreter to review the agreement, which will

necessitate a "contact" meeting with the client and interpreter in jail, defense counsel is

unable to confirm a plea agreement prior to June 12, 2008.

        The plaintiff, United States of America, through its counsel of record, Joseph

Russinello, United States Attorney, and Allison Danner, Assistant United States Attorney,

and defendant Fernando Rendon Gutierrez, through counsel of record, Scott A. Sugarman,

hereby request and stipulate that the appearance in this matter for Status now set for 2:00

p.m. on June 12, 2008 continued to June 26, 2008 at 2:00 p.m. for Entry of Plea.

The parties further stipulate that the time between April 3, 2008 and May 1, 2008 is excludable time under 18 U.S.C. § 3161(h)(8)(A) as the requested continuance is necessary for effective preparation of this case and, therefore, the ends of justice served by granting a continuance until June 26. 2008 outweigh the best interests of the public and of the defendants in a speedy trial.

IT IS SO STIPULATED.

DATED: _____/s/_____
Allison Marston Danner
Assistant United States Attorney

DATED: _____/s/_____
Scott A. Sugarman
Attorney for Fernando Rendon Gutierrez

SO ORDERED.

DATE: _____
VAUGHN R. WALKER
CHIEF JUDGE
UNITED STATES DISTRICT COURT