UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:   June 26, 2008

Case No.   CR 07-0455   VRW

Case Title:   USA v.   FERNANDO RENDON-GUTIERREZ (CUSTODY) PRESENT

Attorneys:
    For the Government:   Alison Danner

    For the Defendant(s):   Scott Sugarman

Deputy Clerk:   Cora Klein        Reporter:   Connie Kuhl
                                                           Int (Spanish): Carol Rhine-Medina

**PROCEEDINGS**

Change of Plea.  The defendant entered a plea of guilty to count one of the Indictment in violation of Title 8 USC 1326 (b)  - illegal entry into the United States following deportation. The defendant has been advised of his right to a trial with the assistance of an attorney and agree to give up that right. The defendant agree to give up right to appeal his conviction, the judgment, and orders of the Court, agree to waive any right to appeal any aspect of the sentence, including any orders relating to forfeiture and/or restitution, further agree not to file any collateral attack on his conviction or sentence, including a petition under 28 USC 2255 of 28 USC 2241 or motion under 18 USC 3582, at any time in the future after he has been sentenced, except for a claim that his constitutional right to the effective assistance of counsel was violated.
The matter is referred to probation office for an early sentencing hearing. The defendant has been remanded to custody.

Case Continued to:  7/10/2008   at  2:00  PM   For Status re Expedited Sentencing/Sentencing