SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445

Attorneys for Defendant
    FERNANDO RENDON GUTIERREZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0455 VRW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FERNANDO RENDON GUTIERREZ, | ) | DATE: July 10, 2008 |
| | ) | TIME: 2:00 p.m. |
| Defendant. | ) | |

**EXHIBITS TO DEFENDANT FERNANDO RENDON
GUTIERREZ' MOTION FOR SUMMARY SENTENCING
AND SENTENCING MEMORANDUM**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT A – LETTERS REGARDING DEFENDANT

5186 Kaiser Ave. • Santa Barbara, CA 93111 • (805) 967-4663



Goleta Beautiful

Re: Fernando G. Rendon

To whom it may concern:

Fernando Rendon has lived at our home at 5186 Kaiser Ave.
when he has resided in the United States. He first came
to our home in the fall of 1985 and stayed with us until
June of 1986.   We did not charge him rent as he lived as
a member of the family and he was very good at doing
household chores and outside upkeep.

He has also helped my sons in the family business, Santa
Barbara Concrete Cutting and is never idle.  He goes to
night school to improve his English.

He has been a volunteer for the Goleta Beautiful projects,
such as weeding and planting trees and is a very hard worker.

We look forward to his receiving his Amnesty so that he can
continue to live and work in the United States.


Sincerely,

*Marie Harden*

Marie Harden, Vice President, Goleta Beautiful


FR0212

<u>BLANCHARD FORESTRY CONTRACTING</u>

222 Chuga Lane

Somes Bar, CA  95568

(916)469-3386

Immigration and Naturalization Service                November 04, 1988

Oxnard, CA

To Whom It May Concern:

    Reference:        Fernando Rendon-Gutierrez

    INS Work Permit:    #A92957617  exp. 11/09/88

    CA ID:           #A1311183  exp. none

<u>LETTER OF RECOMMENDATION</u>

    Fernando has worked for my company for the past three weeks building hand firelines and piling roadside brush.  The tools needed to do this type of work are pulaskis and Mcleods.  Fernando has demonstrated to me that he is a hard worker and follows instructions well.  He is a safe worker and dilligent in his assignments, gets along well with other mostly non-Spanish speaking crewmembers, and recognizes what work has to be done and does it.  During his employment I have worked side by side with Fernando and will keep him on the job if he obtains proper papers to work beyond the current permit expiration date of November 9, 1988.  Although Fernando does not speak a lot of English, he is a quick learner and does not have a lot of difficulty communicating with me or his fellow crewmembers.

    In summary, I strongly recommend that Fernando be allowed to work in the United States and that I will employ him as long as I have work to do and he keeps up his current good work ethics.

Sincerely,

Robert L. Blanchard

Owner

FLC Registration Number:  C-09-343474-E-89-I

FR0215

## BLANCHARD FORESTRY CONTRACTING

222 Chuga Lane

Somes Bar, CA  95568

(916)469-3386

Payroll for Week Ending:     October 29, 1988  Bi-Weekly Payroll   PP 18

Employee:                    Fernando Rendon-Gutierrez

Social Security Number:      Applied for

Number of Deductions:        0   Single

| | | |
|---|---|---|
| Gross Wages:   58.50hrs. X $6.00/hr. | = $ | 351.00 |
| SDI(State Disability Insurance):  $351.00 X 1.20% | = $ | 4.21 |
| FICA(Social Security Tax):        $351.00 X 7.51% | = $ | 26.36 |
| FWT(Federal Witholding Tax): | = $ | 46.00 |
| State Witholding Tax: | = $ | 4.20 |
| Other Deductions:[1] | = $ | 54.50 |
| Total Witholding: | = $ | 135.27 |
| Net Wages: | = $ | 215.73 |

[1]Other Deductions:

| | | |
|---|---|---|
| 10/22/88 | Coffee Cr. food | $ 26.21 |
| 10/26/88 | Flashlight | $ 3.86 |
| 10/28/88 | French Gulch food | $ 24.43 |
| | Total | $ 54.50 |

Date Paid:   *10/29/88*

Check No.:   *324*

<u>BLANCHARD  FORESTRY  CONTRACTING</u>
222 Chuga Lane
Somes Bar, CA  95568
(916)469-3386

Payroll for Week Ending:    November 12, 1988  Bi-Weekly Payroll   PP 19
Employee:                   Fernando Rendon-Gutierrez
Social Security Number:     Applied for
Number of Deductions:       0   Single

| | | |
|---|---|---|
| Gross Wages:   23.00hrs. X $6.00/hr. | = $ | 138.00 |
| SDI(State Disability Insurance):  $138.00 X 1.20% | = $ | 1.66 |
| FICA(Social Security Tax):     $138.00 X 7.51% | = $ | 10.36 |
| FWT(Federal Witholding Tax): | = $ | 14.00 |
| State Witholding Tax: | = $ | - |
| Other Deductions:[1] | = $ | 27.00 |
| Total Witholding: | = $ | 53.02 |
| Net Wages: | = $ | 84.98 |

[1]Other Deductions:

| 11/04/88 | Moose Food | $ 27.00 |
|---|---|---|
| | Paid PP 19 | $ 27.00 |
| | Balance | $   - |

Date Paid:   <u>11/04/88</u>
Check No.:   <u>WF 339</u>

FR0217



# SAN MARCOS GROWERS
A California Corporation



December 2, 1988

RE: Fernando Rendon - Work between May 1, 1985 and May 1, 1986

To Whom It May Concern:

Frank Rendon worked part time as a field worker at San Marcos Growers, Monday through Friday from November 1, 1985 to May 1, 1986. Days not worked in that period included a period from November 23-30, December 24-January 6, and one day in February and weekends. He worked an average of four hours per day.

DAYS WORKED BY MONTH

| Month | Days |
|-------|------|
| November | 16 days |
| December | 17 days |
| January | 20 days |
| February | 19 days |
| March | 31 days |
| April | 22 days |
| **TOTAL** | **115 DAYS** |

```
                                          RECEIVED
                                          DEC 13 1988
                                    Immigration and Naturalization Services
                                          Laguna Niguel Region
```

Sincerely,

David R. Gress
General Manager

FR0200

# Beard Realty

5801 C Calle Real
Goleta, California 93117
Phone (805) 964-9888





June 20, 1986

TO WHOM IT MAY CONCERN:

     I have become acquainted with Fernando Rendon through my friend,
Marie Harden.  Fernando is a very pleasant, dependable, and hard-working
young man  who is also studying English through school here, supplemented
with Mrs. Harden's tutoring assistance.

Yours truly,

Rose Ogden
Realtor Associate

FR0213

20/5/08

Hola Soi el ermano te Fernando Gutierrez es crivo es
To Para decir les que mier mano es un Guen Padre Y un
Guen ermano el sien Pre aestada al tanto de su iJa Y
sien Pre lea dada le mejor que Puede Y con cariño Y
economicamiente Yo aqui tenGo un dinero de mier mano
Para estar le dando aso iJa An Velica cuado Geo aso iJa
con suaGuela aGe se le doi 100 dolares o 50 Pero llo vea a
su iJa muchos tien Pos Por que la traen gGuБar con mi iJo
si miermano tanGien sienPre a tenido una Guena rrelacio con
la familia de su iJa con la aGuel con la mama con las Tias
llo del dinero que tenGo demiermano le doi mas omenos 3
tien Pos Por mes Y tanGien le mando Poco amiermano Y
tanGien miermano Pove guando Poco dinero
Por que traGaδo mucho tienPo en la costruccion Y
en el fil en el Rancho don de llo traGaδo = tanGien
guando miermano estaGa af, Gera to do el tienPo estaGa con
su iJa cuaδo llo aGlo con su iJa medice Tio estraña ami PaPa
Gueno llo les escrivo Para aGersi Pueden alludar amiermano
Por que el sienPre asiδo un Guen Padre Yun Guen ermano
en sea dedicaδo atraGaδar Yasuiδa Ya la familia Gueno
es Pero Puedan alludarlo llo es Pero que miermano salda Pronto
es Pero entienda micarta lla que rosoi mui Guena
Para escrivir Gueno es Pero sirva de alGa micarta
Y es Pero que le entiδ on te aGaδaδo Grasias
Juan Manuel Gutierrez

Hello. I am Fernando Gutierrez's brother. I'm writing this to tell you that my brother is a good father and a good brother. He is always involved in her life and is always giving her the best he can with affection, and economically I have money here from my brother, so that when I see Angelica, when she comes to visit with her grandmother, I can sometimes giver her $100 or $50, but I see her often, because they bring her over to play with me. My brother has always had a good relationship with his daughter's family, with her grandmother and with her mother, with her uncles. With the money that I have from my brother I give, more or less, $300 per month and I also send some to my brother. That's why its so little money, because I work a lot in construction and at the ranch, where I also work with my brother. I was with his daughter the whole time outside and she was saying to me that she misses her dad. Well I am writing to see if you can help my brother because he has always been a good father and a good brother, he was dedicated himself to his daughter and to the family. Well that's it. I hope you can help him. I hope my brother will come out soon. I hope you understand my letter as I am not good with writing. Well, I hope my letter is of some use, and the lawyer understands it.

Juan Manuel Gutierrez

Norman Coates                                                    April 14, 2008
**COATES VINEYARDS**
3255 Red Cap Road- P.O. 71
Orleans, CA 95556 (530)627-3369

Scott Sugarman
44 Mongomery St, Suite 2080
San Francisco, CA 94104

**Dear Scott,**

I am writing concerning Fernando Gutierrez. I have known Fernando for some 20 years. He was living with his uncle and aunt on the Klamath River near my home and farming business. His uncle worked for me doing tile and construction work for the completion of my home here 20 years ago. They all worked for a number of years after that helping with my fruit and vegetable business. Fernando had also been attending a local high school while living with his uncle Ramon. Fernando has always been a dependable, honest, and hard working person. He was about 18 years old when he first came here for work. He worked here and for other farmers in this area until sometime in the mid to late 1990's when he apparently was sentenced to serve time in prison.

He has always been an honorable person to me and others in this community. He has a child who he supports and could support in a further capacity if he were allowed to return to his home in Mexico or somehow get working papers here in the USA again. Fernando paid dearly for his original crime. Although I am not a judge in criminal matters, I know that the charges and accusations brought against Fernando were exaggerated. It would be a waste of a good person's life and our tax dollars to continue to keep Fernando incarcerated any further.

Thank you for your considerations.

Sincerely,

Norman Coates

Edna Watson
3 Sandy Bar Rd.
Somes Bar, CA  95568
530-554-2222

December 10, 2007

Reference for Fernando Rendon Guttierez:

I have known Fernando for at least 12 years. I first met him when I was a teacher at
Junction Elementary School in Somes Bar, a tiny Northern California town near the Oregon
border. (I am currently a Special Education teacher for Siskiyou County.) Fernando came there
to live and work with his aunt and uncle. His uncle specialized in stone masonry, and his aunt
cooked for a local fishing lodge where my husband worked. Fernando helped out with
everything. He and his family were and still are known for their work ethic and honesty. Over
the years, I have known Fernando to work for other people and occasionally for us. For my
husband and I,, he did brushing and chain saw work,  to help make our home fire safe. He was
and still is extremely hard working, and completely dependable.

Fernando also volunteered some of his time to teach soccer to my class . I remember him
knocking on my door  at the school , and asking in his beginning English if he could play soccer.
I told him yes, if he would teach us. So twice a week he came by at P.E. time for  a couple of
months to teach soccer to my 4th thru 8th grade students. He was always very polite and
respectful to everyone. I noticed that he worked hard at learning English , and occasionally I
would help him and other family members  with practicing English. Over the years, Fernando
has become very fluent in English, and  has taken great interest in learning about how to become
an American, which was previously a goal of his. When my family first met his family, our
understanding was that they all had legal green cards, and that they were here legally. I believe at
some point during his years here, Fernando lost legal status, thereby creating a problem.

While living in Somes Bar, and sometimes living in the adjoining town of Orleans, California,
Fernando worked for many families, and regularly sent money to Mexico to help his mother, as
did his brothers. Fernando has several brothers who also work locally and send money "home".
Sometime around 1997 or '98, Fernando worked for a woman named Karen Lowry, who offered
to let him live with on her property while working for her. Karen had a teenage daughter,
Roberta, who was one of my former students. After he lived at Mrs. Lowry's for awhile,
Fernando and Roberta "fell in love", which is what Roberta later told me. She also told me that
she pursued him until he slept with her, and then her mother allowed him to stay with her at night
sometimes, condoning the relationship. Unfortunately, Roberta had already been sexually active ,
starting in her junior high years, and neither she nor her mother felt anything was wrong with
Roberta sleeping with Fernando. When I found out about this , I went to his family about it. They
did not like that he was upsetting people, but they said that in their region of Mexico it was not
unusual for girls to marry or start families at 14 , which was Roberta's age. Similarly, within the
social framework of Roberta's cultural community, the relationship was not so unusual, as many
of the girls in our area are sexually active at an early age, sad as this may be.

Social workers were contacted, and the relationship was forced to end, especially when
Roberta's mother was told that she could be considered negligent for allowing Fernando to sleep
with Roberta. As a result of the union, Roberta became pregnant, and gave birth to Angelica,
Fernando's daughter. By the time of Angelica's birth, Roberta and Fernando had "moved on" to
other love interests. Fernando's next girlfriend was also underage, but was older, 17, I believe.
Her mother objected to the relationship and Fernando was charged with statutory rape , was
convicted, and went to prison, or at least this is my understanding of what went on , sometime
around the time when Angelica was a baby.

I was hired by Happy Camp High School to teach Roberta at home at the end of her
pregnancy and when Angelica was a baby. During that time, I made regular weekly visits to see
Roberta. I noticed that Fernando would stop by on payday, and give Roberta money and

groceries. He seemed to really love the baby, and would help watch her sometimes while I worked with Roberta. He and Roberta were friends, but no longer lovers. After Fernando went to prison, as soon as he got out he went right back to work , and showered Angelica with clothes and toys, always offering to help Roberta. While he had been in prison a DNA test had been ordered, because Roberta needed Medi-Cal, and paternity needed to be proven. Roberta did not collect AFDC, and never has but she has needed Medi-Cal. Fernando helped financially whenever he could , but he could not afford or provide medical benefits. However, Fernando has always been completely dedicated to Angelica.

It seemed that when Fernando got out of prison , he had troubles with immigration, probably due to the conviction. He may have been deported to Mexico. He did return to the Somes Bar/ Orleans area, and was always able to find work . He still has a good reputation as an extraordinary worker, a nice, polite, young man, and as a good father. He frequently took Angelica shopping and to the movies, and has always bought all of her school clothes. He continued to help Roberta financially when he could, and encouraged Angelica to value education. He may have been unwise about past love choices, but seems to have had much better judgment in that respect after getting out of prison. He has told me that he now lives for Angelica, and his mother. I think he could not bear not seeing Angelica, and risked getting in trouble by coming to be near her, and accepting work in California, both for Angelica's sake , and for continuing to help his mother. I believe he had been trying to work in the U.S. and along with his brothers would send or take money down to Mexico. He would always try to find a way to see or contact Angelica, as he did right before he set off the last time to return to Mexico. When he got picked up the last time, he wrote Angelica, in care of me, and told her that she would have to visit him in Mexico some day, because it could cause him to go to jail if he returned to see her. He fully expected to be deported, in July of 2007, and was not planning a return trip. He did not know that after he served time for violating parole that he would be charged again. He was ready to accept leaving the country, which I feel would be a more appropriate consequence than doing more jail time.

Interestingly, I now have a new role in Roberta and Angelica's lives. Roberta is engaged to be married to my son, Richard, and they have a baby boy named Buck Wayne, who is Angelica's little half-brother. I now am able to be a grandmother to Angelica, who is now 9 years old. It seems for some reason, I am entwined in the lives of Roberta, Angelica, and Fernando, and my son, of course. Fernando has written me , telling me he hopes I could someday bring Angelica to visit him and his mother in Mexico. I hope to be able to do this some day, as Angelica has always wanted to meet her Mexican grandmother. Fernando is as devoted to his mother as he is to Angelica. I personally think society would be best served if Fernando could be returned to Mexico. This way the United States would not be footing the bill for his incarceration, his mother would be cared for, and he could begin to establish a legal, albeit long-distance , relationship with Angelica. He knows that Angelica has a solid family now, and he knows that she is loved and cared for. He also knows that I will facilitate correspondence between himself and Angelica., so he can trust that she will not forget him. That is the best that can come out of this unfortunate series of events, as far as I can tell . Fernando needs no more jail time to get the message that he cannot return. He also knows that if he were to try again to enter illegally, he could be locked up and the key thrown away for a long, long time. I hope you will give this good-hearted, ,non-violent, individual a chance to go home as he had intended . I believe he is truthful when he tells me he regrets all of his wrong actions, and only wants to leave it all behind and make a good life in Mexico. He has never been involved with gangs or violence while in the U.S. I know he practices his religion and has strong family values. He has shown himself to be a good and decent person in many ways, and it would serve no good purpose to have him serve any more time. I am convinced he has learned from all that has happened , and will not continue to make the same mistakes that may have brought him to where he is today.

I respectfully and honestly submit these thoughts and opinions for your consideration.

*Edna Watson*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT B – LETTERS FROM DAUGHTER AND HER MOTHER

Willow Creek, Ca
95573

To whom it may concern:

   I have known Fernando Rendon Gutierrez for about 10 years. He is the father of my daughter Angelica. We are not together anymore. I have a family with Richard Glascoe, and we plan to get married.

   Fernando was always good to me and Angelica. He always helped to support her, and always buys her school clothes. When he used to see her, he always tried to teach her how to be a good person. I think that is because he is a good person.

   There was a time when we were both young and foolish, and maybe did stupid things. I have grown up since then, and so has Fernando. He is a hard working guy who takes care of his daughter, and is decent to me. I hope he will be allowed to go back to Mexico, because I know he will help his mother, and he will write to Angelica. Someday she can see him there.

Yours truly, Rebeca Garcia

4-20-08

Dear Mr. Sugarman

I miss my dad. He would take me to the movies. He is a good father. He would also take me to town. I love him a lot. My dad is very nice. We would go shopping and we would go to the zoo.

From
Angelica









**Hello Kitty**

Dear, Father
   I miss you a lot. Next
year I will be in third
grade. I am doing good
are yous. I Love you Dad.
When you get out me and
you are going to have some
fun. Im lerning a lot.
My shcool is nice. I git
art music and writing. Love, Angelica



To, Daddy

Love, Angelica





**Marble Gorge**
Grand Canyon National Park, Arizona

Soft light at the Colorado River is at once serene in color and dramatic in character. The scene looks upstream from the entrance to Buck Farm Canyon.

Photograph by   © Gary Ladd    *Gary Ladd*

The canyons of northern Arizona and southern Utah are Gary Ladd's most frequent subjects. The Rockies and the Sierra Nevada are also favored locations. His most well-known works are back-country images with strong geologic themes. In his wooden dory, TATAHOTSO, he has floated and photographed the Green and Colorado rivers from Sand Wash, Utah, to Lake Mead, Nevada.

Dear, Father     I hope
you got thease Post
Cards. I LOVE you.
I am haveing fun.
Its sunny in Eureka.
Were gana have
lot of fun. Love, Angelic

Fernando Gutierrez
                    LLK056
East 21-Pad A-2
5325 Broder Blvd
Dublin, CA
            94568

Produced by   **Beautyway**, Box 340, Flagstaff, AZ 86002    Printed in Hong Kong
Cooperative Publisher with Museums, Parks, and Travel Organizations    C611

---

*The Klamath River cuts through the wilderness near where it meets the Salmon River.*

this is my
home

EUREKA, CA 955
01 SEP 2007 PM 1 T

Dear, Father

I am in Eureka

I miss you

a lot. I allso

Love you, I

hope you are
ok. Love, Angelica

**Post Card**

Fernando Gutierrez
                    LLK056
East 21-Pad A-2
5325 Broder Blvd
Dublin, Ca 94568

S-2816
Photo by Erich Ziller
Explore at www.JeffersonTerritory.com

look
at Back

cute

Dear father

I miss you a lot.

I also Love you.

How are youss?

I'm doing fine.

I hope you get this

letter. Love angelica



Hi Dad,

How are you ?    I am doing good .

Edna told me to write a letter. I miss you.

I won some ribbons at the River Olympics. Also, I was

awarded a plaque for being the most Inspirational person at

my school. That means I had good sportsmanship and I

made other people feel like doing well.

I like my school. I read, and I really like math. I also

have science , art, writing, and music. Thank you for nice

card and the purse. I got it in the mail. I liked the angel you

drew. Guess what ! I can ride a two wheel bike now.

Well, that's for now. I have to go to bed now. I love you

very much.

Love
Angella

