UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

FILED
JUL 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: __July 10, 2008__

Case No. __CR 07-0455 VRW__

Case Title: __USA v. FERNANDO RENDON-GUTIERREZ (CUSTODY) PRESENT__

Attorneys:
    For the Government: __Allison Danner__

    For the Defendant(s): __Scott Sugarman__

Deputy Clerk: __Cora Klein__      Reporter: __Belle Ball__
Spanish Interpreter: Melinda Basker      USPO: Christina Carrubba

## PROCEEDINGS

1) __Judgment and Sentencing__

## ORDERED AT THE HEARING

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 46 months. The court makes the recommendation to the Bureau of Prisons that the defendant be placed in a facility in California. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years, must comply with the standard conditions and additional conditions that have been adopted by this court at all times, while the defendant is in the United States, shall pay a special assessment of $100, which is due immediately. The defendant is remanded to the custody of the United States Marshal.

time: 18 min.