CR 07-455

07/15/2008 06:37 PM EST

**Case Debt Type Payment Report**
**U.S. Courts**

Version 7.0.1

San Francisco

Case No. DCAN307CR000455

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | FERNANDO RENDON-GUTIERREZ | 5100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611021144 | 1 | PR | 100.00 | 07/10/2008 |

Division Payment Total  100.00

Grand Total  100.00

$100.00 SPECIAL ASSESSMENT
PAID IN FULL  on 7-10-08

FILED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1 of 1